# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

_____

STEVE COREA,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                                       Plaintiff,

     -against-

ADVANCED CALL CENTER TECHNOLOGIES, LLC,

                                 Defendant.

_____

INDEX NO.
FILING DATE:  08/10/18

**SUMMONS**
**WITH NOTICE**

Plaintiff designates
Nassau County
as the place of trial

The basis of the venue is
Plaintiff's residence

To the above named Defendant(s):

      You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 12th day of August 2017, together with the costs of this action and attorney's fees.

      TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 12th day of August 2017, together with the costs of this action and attorney's fees.

Dated:          August 10, 2018

/s/ _____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

Case 2:19-cv-00050-SJF-ARL   Document 1-2   Filed 01/03/19   Page 4 of 5 PageID #: 9

Index No.

_____

STEVE COREA,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

            Plaintiff(s) ,

    -vs-

ADVANCED CALL CENTER TECHNOLOGIES, LLC,

            Defendant(s) .

_____

### SUMMONS WITH NOTICE

_____

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).


/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

## ADVANCED CALL CENTER TECHNOLOGIES, LLC

PO Box 9091
Gray, TN 37615-9091
844-458-3452
TTY#: 844-252-5490

ACCOUNT #: ENDING IN 1105
TOTAL ACCOUNT BALANCE: $2,799.54
AMOUNT NOW DUE: $466.00

STATEMENT DATE: August 12, 2017

RE: Walmart® MasterCard®

### FIRST NOTICE

Dear Steve Corea:

This account has been listed with our office for collection.

This notice has been sent by a collection agency. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

If the Amount Currently Due is paid to Synchrony Bank and your account is brought up to date, we will stop our collection activity. All payments should be made directly to Synchrony Bank using the enclosed envelope. Do not send payments to this office.

If circumstances are preventing you from paying the Amount Currently Due referenced above, please call our office today at 844-458-3452 so that we may assist you in resolving this matter. Our office hours are Monday – Thursday 8 am to 10 pm, Friday & Saturday 8 am to 8 pm and Sunday 11 am to 8 pm, Eastern Time Zone (EST).

Synchrony Bank may continue to add interest and fees as provided in your agreement. If you pay the balance shown above, an additional payment may be necessary to pay your account balance in full. Because of interest, late charges, credits or charges that may vary from day to day, the amount due on the day you pay may differ. For further information call 844-458-3452.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Very truly yours,
Scott M. Deery
844-458-3452
TTY#: 844-252-5490

Debt Collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C., Section 1692 et seq., are prohibited from engaging in abusive, deceptive and unfair debt collection efforts, including but not limited to:
(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social Security;
3. Public Assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

New York City Department of Consumer Affairs license number: 1161257, 1365549, 1161258

---

*PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT*

---

PO Box 9091
Gray, TN 37615-9091

STATEMENT DATE: 08/12/17
URL: www.walmart.com/credit
ACCOUNT #: ENDING IN 1105
TOTAL ACCOUNT BALANCE: $2,799.54
AMOUNT NOW DUE: $466.00

Steve Corea
596 Irving St
Westbury, NY 11590-4417

Synchrony Bank/Walmart MasterCard
PO Box 960024
Orlando, FL 32896-0024